UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CHARLES WASHBURN, Plaintiff,

v. Civil Action No. 3:22-cv-312-DJH-CHL

COMMISSIONER OF SOCIAL SECURITY, Defendant.

\* \* \* \* \*

## ORDER

Plaintiff Charles Washburn filed this action seeking review of the decision by Defendant Commissioner of Social Security to deny Washburn's applications for disability insurance benefits and supplemental security income. (Docket No. 1) The case was referred to Magistrate Judge Colin H. Lindsay for report and recommendation. Judge Lindsay issued his Report and Recommendation on July 5, 2023, recommending that the Commissioner's decision be affirmed and that Washburn's complaint be dismissed with prejudice. (D.N. 22) The time for objections to the magistrate judge's recommendation has now run, with no objections filed. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

Because no party has objected to the report and recommendation, the Court may adopt it without review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Nevertheless, the Court has conducted its own review of the record and finds no error in the magistrate judge's conclusions. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The Report and Recommendation of Magistrate Judge Colin H. Lindsay (D.N. 22) is **ADOPTED** in full and **INCORPORATED** by reference herein.

(2) A separate Judgment will be entered this date.

August 4, 2023

David J. Hale, Judge
United States District Court

1